UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME IGNACIO ESTRADA,<br><br>            Plaintiff,<br><br>    v.<br><br>JEFFREY MCCOMBER (SEC. OF CORR.), *et al.*,<br><br>            Defendants. | Case No.  1:25-cv-00547-KES-HBK<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION TO DENY PLAINTIFF'S REQUEST FOR PRELIMINARY INJUNCTION<br><br>(Docs. 7, 14) |

Plaintiff Jaime Ignacio Estrada is a state prisoner proceeding pro se and in forma pauperis pursuant to 1983.  This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 13, 2025, plaintiff filed a motion for preliminary injunction.  Doc. 7.  On July 30, 2025, the assigned magistrate judge issued findings and recommendations, recommending the denial of plaintiff's motion for a preliminary injunction.  Doc. 14.  The findings and recommendations served on plaintiff contained notice that any objections thereto were to be filed within fourteen days.  *Id.* at 1, 5.  Plaintiff did not file objections and the deadline to do so has passed.

In accordance with 28 U.S.C. § 636(b)(1), the Court has conducted a de novo review of this case.  Having carefully reviewed the file, the Court finds that the findings and

1  recommendations are supported by the record and by proper analysis.

2  Accordingly:

3  1. The findings and recommendations, filed on July 30, 2025 (Doc. 14), are adopted in full;

4  2. Plaintiff's motion for preliminary injunction (Doc. 7) is denied.

5  3. This matter is referred back to the magistrate judge for further proceedings.

8  IT IS SO ORDERED.

9  Dated:    October 12, 2025

UNITED STATES DISTRICT JUDGE

2